

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00001-CV

IN RE LABIB BASTA                                            RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's emergency petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's emergency petition for writ of is denied.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED: January 3, 2014

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).